# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ASHTON KRUKOWSKI, A/K/A ASHTON KURKOWSKI,<br><br>                Appellant,<br>       vs.<br>THE STATE OF NEVADA,<br>                Respondent. | No. 71117 |
| ASHTON KRUKOWSKI, A/K/A ASHTON KURKOWSKI,<br><br>                Appellant,<br>       vs.<br>THE STATE OF NEVADA,<br>                Respondent. | No. 71118 |

FILED

SEP 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

On August 18, 2016, appellant filed the notices of appeal. No appealable orders were designated in the notices of appeal. Because appellant failed to designate an appealable order, we lack jurisdiction over these appeals, and we

ORDER these appeals DISMISSED.

                                                , C.J.
                            Parraguirre

                  , J.                            , J.
Hardesty                           Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

16-30566

cc: Hon. Douglas Smith, District Judge
Ashton Krukowski
Clark County District Attorney
Attorney General/Carson City
Eighth District Court Clerk
Clark County Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A